UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CHRISTENSEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOODMAN MANUFACTURING COMPANY, a corporation; GOODMAN DISTRIBUTION, INC., a corporation; DAIKIN GLOBAL, a corporation; and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02776-MCE-KJN<br><br>**ORDER GRANTING JOINT EX PARTE APPLICATION TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Judge:    The Hon. Morrison C. England<br><br>Complaint Filed: 7-3-2018<br>FAC Filed: 8-9-2018 |

The Court, having reviewed the parties' Joint *Ex Parte* Application to Modify the Initial Pretrial Scheduling Order, and finding good cause appearing therefor, hereby grants the Application and orders that:

1. The deadline for the Parties to complete discovery shall be moved from October 15, 2019, to April 15, 2020.

2. The date of designation of expert witnesses shall be moved from December 13, 2019, to June 15, 2020.

3. The date of designation of supplemental expert witnesses shall be moved from January 10, 2020, to July 15, 2020.

1

ORDER GRANTING JOINT EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER
58885131v.1

4. The deadline for the parties to file dispositive motions shall be moved from April 10, 2020, to October 12, 2020.

**IT IS SO ORDERED.**

**Dated: September 13, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING JOINT EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER
58885131v.1