UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CHRISTENSEN, | No. 2:18-cv-02776-MCE-KJN |
| Plaintiff, | |
| v. | ORDER |
| GOODMAN DISTRIBUTION, INC. et al., | (ECF NOS. 19, 21, 22) |
| Defendants. | |

Presently before the court are the parties' separate applications to shorten the time to hear their respective motions to compel. (ECF Nos. 19, 22.) Defendant also filed a motion to compel the deposition of plaintiff, to occur after the current discovery deadline. (ECF No. 21.) On April 9, 2020, the parties filed a joint brief outlining their respective positions regarding this discovery dispute, and the court held an informal telephonic conference the next day. (ECF No. 24.) After considering the relevant law, papers, and representations of the parties, the undersigned extends the non-expert discovery deadline to June 14, 2020[1] *solely* for the purposes outlined below, and rules as follows.

Because the court extends the discovery deadline, the court also GRANTS defendant's motion to compel the deposition of plaintiff. Plaintiff is to be deposed before the new discovery

---

[1] Due to this extension the expert and non-expert discovery deadlines are now the same.

1

cut off.

Plaintiff's request to have defendant further respond to discovery is GRANTED IN PART. Defendant is to respond to plaintiff's discovery requests, by April 24, 2020, to the extent the responses pertain to *plaintiff's complaint of sexual harassment and the subsequent investigation*. Defendant retains the ability to assert *relevant* privilege(s) but is reminded not to unduly redact or fail to produce such documents or responses without good cause. The remainder of plaintiff's request is DENIED.

Lastly, plaintiff's request to compel the deposition of the person most knowledgeable individual pursuant to Federal Rule of Civil Procedure 30(b)(6) is GRANTED to the extent she seeks to depose the individual with knowledge of "Plaintiff's complaint(s), whether formal, informal, internal or external, of sexual harassment, retaliation and any investigations conducted by Defendant into these complaints." (ECF No. 24 at 3.) This deposition must be taken before the close of discovery. Defendant does not need to produce an individual with knowledge of the remaining subjects listed by plaintiff. (See id.)

Accordingly, it is HEREBY ORDERED that:

1. The parties' applications to shorten the time to hear their respective motions to compel are GRANTED. (ECF Nos. 19, 22.)
2. The new discovery deadline is June 14, 2020.
3. Defendant's motion to compel plaintiff's deposition (ECF No. 21) is GRANTED as set forth above.
4. Plaintiff's requests to compel discovery and depositions are GRANTED IN PART as set forth above.

IT IS SO ORDERED

Dated: April 13, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2776.christ.

2