UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CHRISTENSEN, | No. 2:18-cv-02776-MCE-KJN |
| Plaintiff, | |
| v. | ORDER |
| GOODMAN DISTRIBUTION, INC., | |
| Defendant. | |

On May 29, 2020, the court held an informal telephonic conference to resolve a discovery dispute between the parties. Both parties, through counsel, were present. The court rules as follows.

The parties' joint request to extend the deadline to take certain depositions is GRANTED. The parties shall have until September 1, 2020, to take the deposition of plaintiff and the deposition of defendant's Rule 30(b)(6) witness. The parties are advised that this new deadline is approaching the dispositive motion deadline, and further extensions will be looked upon unfavorably.

Regarding plaintiff's request to compel the production of a non-redacted investigation report, the court has reviewed the parties' joint letter, applicable law, and the parties' arguments, and finds that additional briefing is required. Plaintiff shall file a motion to compel production of an unredacted report by June 12, 2020; defendant shall have until June 26, 2020, to oppose;

1

plaintiff's reply, if any, is due July 3, 2020.  No additional meet and confer attempts are required.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall have until September 1, 2020, to complete the deposition of plaintiff and the deposition of defendant's Rule 30(b)(6) witness.

2. Plaintiff shall file a motion to compel by June 12, 2020; defendant shall oppose by June 26, 2020; plaintiff's reply, if any, is due July 3, 2020, at which point the motion will be deemed submitted.

IT IS SO ORDERED.

Dated:  May 29, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/2776.christ