UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CHRISTENSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOODMAN MANUFACTURING COMPANY, a corporation; GOODMAN DISTRIBUTION, INC., a corporation; DAIKIN GLOBAL, a corporation; and Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-02776-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

　　　The Court, having reviewed the parties' Joint Stipulation to Modify the Pretrial Scheduling Order, and finding good cause appearing therefor, hereby grants the Application and orders that:

　　　1.　Plaintiff will produce to Defendant supplemental expert witness disclosures which comply with the requirements of Fed. R. Civ. P. 26(a)(2)(C) no later than August 14, 2020;

　　　2.　Defendant will disclose any rebuttal experts no later than September 14, 2020;

　　　3.　The deposition of Plaintiff shall be completed at the earliest possible time the Sacramento County Public Health Officer allows in-person depositions without a mask in Sacramento, California, but no later than May 1, 2021;

1

4. The deposition of Goodman's Person Most Knowledgeable on the topic "Plaintiff's complaint(s), whether, formal, informal, internal or external, of sexual harassment, retaliation and any investigation conducted by Defendant into these complaints" shall be completed following the deposition of Plaintiff at the earliest possible time the Harris County Public Health/Houston Health Department allow in-person depositions without a mask in Houston, Texas—unless Plaintiff obtains an order from the court allowing the deposition be taken in California (which Goodman would oppose)—but no later than June 1, 2021.

5. The deadline for filing dispositive motions shall be September 2, 2021, or 75 days following the conclusion of the depositions of Plaintiff and Goodman's Person Most Knowledgeable, whichever is earlier.

IT IS SO ORDERED.

Dated:  August 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE