UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CHRISTENSEN,<br><br>          Plaintiff,<br><br>     v.<br><br>GOODMAN MANUFACTURING COMPANY, a corporation; GOODMAN DISTRIBUTION, INC., a corporation; DAIKIN GLOBAL, a corporation; and Does 1-10, inclusive,<br><br>          Defendants. | Case No. 2:18-cv-02776-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

The Court, having reviewed the parties' Joint Stipulation to Modify the Pretrial Scheduling Order, and finding good cause appearing therefor, hereby grants the Application and orders that:

1. The deadline for filing dispositive motions is continued to September 17, 2021.
2. All other operative dates remain unchanged.

IT IS SO ORDERED.

Dated:  August 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER